UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Brandon Rodriguez,

                                         Plaintiff,

-against-

County of Westchester, Correct Care Solutions LLC, New
York Correct Care Solutions Medical Services PC, Dolores
Curbelo M.D., Janel Sewell, Maria Nestro, Steven Santiago,
City of New York, Corizon Health Inc., Edward Duffy,
Monique Owens, Renee Ackerman, and Daniel Ashity

                                           Defendants.
------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15 Civ. 9626 (PAE) (JLC)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2016

| | |
|---|---|
| RICE & RICE<br>*Attorneys for Plaintiff*<br>270 North Ave., Suite 202<br>New Rochelle, NY 10801<br>(914) 633-9200<br><br>By: _____<br>Jared R. Rice<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>*Corizon Health Inc., Owens, Ashity,*<br>*Ackerman, and Duffy*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Omar Siddiqi<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016