THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BRANDON RODRIGUEZ,

                    Plaintiff,

COUNTY OF WESTCHESTER;
CORRECT CARE SOLUTIONS LLC; NEW YORK
CORRECT CARE SOLUTIONS MEDICAL SERVICES PC;
DOLORES CURBELO, M.D.; JANEL SEWELL;
MARIA NESTRO; STEVEN SANTIAGO; CITY OF NEW YORK;
CORIZON HEALTH INC.; EDMUND DUFFY;
MONIQUE OWENS; RENEE AKERMAN; and DANIEL ASHITY

                    Defendants.
---------------------------------------------------------------X

STIPULATION OF DISCONTINUANCE
15-cv-09626 (PAE)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties subject to the instant stipulation, that whereas the party hereto is not an infant and no person or a party has a interest in the subject matter of the action, the above entitled action is discontinued as to Defendants County of Westchester and Steven Santiago - solely for all damages and injuries related to the Negligence Claim in the Sixth Cause of Action of the Plaintiff's Amended Complaint in the amount of Five Thousand ($5,000.00) Dollars, and the same hereby is discontinued against the above captioned Defendants County of Westchester and Steven Santiago, with prejudice. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New Rochelle, New York
        March 7, 2017

Rice & Rice, Esqs.
By Jared R. Rice
Attorney for Plaintiff
270 North Avenue, Suite 202
New Rochelle, NY 10801
T: (914) 633-9200

Jane Hogan-Felix
Senior Assistant County Attorney
Attorney of Defendants- County of
Westchester and Steven Santiago
600 Michaelin Office Building
White Plains, NY 10601
T: (914) 995-2708

So Ordered:_____